UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZZEDINE BELMADANI,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>HECTOR SALAZAR,<br><br>　　　　　　　　　　Defendant. | 1:21-CV-3565 (LTS)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued August 2, 2021, dismissing this action for lack of subject matter jurisdiction,

　　　　IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　SO ORDERED.

Dated:　April 26, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge